| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ANDREW WONG, CA Bar #308269 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorney for Defendant |
| | ROGELIO M. GONZALEZ |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-po-00579 JDP |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION FOR BRIEFING** |
| vs. | ) **SCHEDULE AND CONTINUANCE OF** |
| | ) **TRIAL; ORDER** |
| ROGELIO M. GONZALEZ, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff, and Assistant Federal Defender Andrew Wong, counsel for Rogelio M. Gonzalez, that a briefing schedule be set and that the trial currently scheduled for October 11, 2018 be continued until December 14, 2018.

The undersigned defense counsel was recently brought onto this case. He has spoken with Mr. Gonzalez and believes that additional time would be beneficial for exploring settlement options as well as preparing any pretrial motions, if necessary.

It is further stipulated that the briefing schedule be set as follows:

| | |
|---|---|
| Motions Due: | October 12, 2018 |
| Reponses Due: | November 12, 2018 |
| Replies Due: | November 26, 2018 |
| Motion Hearing/Bench Trial: | December 14, 2018 |

//

//

//

MCGREGOR W. SCOTT  
United States Attorney

Dated: July 30, 2018　　　　　　　　/s/ *Susan St. Vincent*
　　　　　　　　　　　　　　　　　SUSAN ST. VINCENT
　　　　　　　　　　　　　　　　　Yosemite Legal Officer
　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　Federal Defender


Dated: July 30, 2018　　　　　　　　/s/ *Andrew Wong*
　　　　　　　　　　　　　　　　　ANDREW WONG
　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　ROGELIO M. GONZALEZ

**O R D E R**

IT IS SO ORDERED, for the reasons set forth above, the above briefing schedule is granted. The trial set for October 11, 2018, is continued until December 14, 2018.

IT IS SO ORDERED.

Dated:　August 2, 2018　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE