Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-PO-0579-JDP |
| Plaintiff, | |
| v. | STIPULATION TO VACATE TRIAL DATE AND SET FOR TRIAL SETTING HEARING; AND ORDER THEREON |
| ROGELIO GONZALEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Rogelio Gonzalez, by and through his attorney of record, Assistant Federal Defender Alyssa Mack, that the trial date in the above-captioned matter set for December 14, 2018 be vacated, and the matter be set for trial setting on December 11, 2018 at 10:00 a.m.  The Government's main witness in this matter, Ranger Donna Youker, recently permanently changed duty stations to Yellowstone National Park, and she is currently scheduled to be away from that area on leave from December 9, 2018 through January 11, 2019. Additionally, the Federal Defender's office handling Yosemite matters recently changed to Sacramento, and this motion would allow the parties' time to discuss possible resolutions.

Dated:  November 7, 2018              /S/ Susan St. Vincent
                                    Susan St. Vincent
                                    Legal Officer
                                    Yosemite National Park

1

Dated:  November 7, 2018                    /S/ Alyssa Mack
                                            Alyssa Mack
                                            Assistant Federal Defender
                                            Attorney for Rogelio Gonzalez

## ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the December 14, 2018 trial in *U.S. v. Gonzalez*, case number 6:17-po-00579-JDP, is vacated and the matter is set for trial setting hearing on December 11, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated:    November 9, 2018       _____

                                 UNITED STATES MAGISTRATE JUDGE