HEATHER E. WILLIAMS, CA Bar No. 122664
Federal Defender
ALYSSA MACK
Assistant Federal Defender
Office of the Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-6666
Alyssa_Mack@fd.org

Attorney for Defendant
Rogelio Gonzalez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:17-po-00579-JDP |
|---|---|
| Plaintiff, | **REQUEST FOR RULE 43 WAIVER OF DEFENDANT'S APPEARANCE AT TRIAL SETTING HEARING; ORDER** |
| vs. | |
| Rogelio Gonzalez, | Date: December 11, 2018 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Jeremy D. Peterson |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Rogelio Gonzalez, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for the December 11, 2018 trial setting hearing.

On November 7, 2017, Mr. Gonzalez made an initial appearance on Case No. 6:17-po-00579. During his initial appearance, this Court appointed Assistant Federal Defender Hope Alley to represent Mr. Gonzalez. This Court also granted a Rule 43 Waiver, permitting Mr. Gonzalez's absence at all non-substantive hearings.

Mr. Gonzalez's case was originally set for trial on December 14, 2018. (ECF No. 15.) On November 7, 2018, defense counsel and the Yosemite Legal Officer entered a stipulation to move the case to December 11, 2018 for a trial setting hearing. (ECF No. 16.) The Yosemite Legal Officer indicated that the arresting ranger would be unavailable for trial on December 14, 2018;

furthermore, the Federal Defender's Office did not schedule an attorney to staff the Yosemite Courthouse for that day. Id. The Court granted the request and put the case on for a trial setting hearing on December 11, 2018. (ECF No. 17.)

Mr. Gonzalez's work schedule does not permit him to come to Yosemite on December 11. He also believes his interests will be adequately represented by his attorney, and he has granted her the authority to choose a date for his future trial. Accordingly, Mr. Gonzalez respectfully requests that this Court waives his appearance at the December 11, 2018 trial setting hearing.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2018            */s/ Alyssa Mack*
ALYSSA MACK
Assistant Federal Defender
Attorney for Defendant
ROGELIO GONZALEZ

# **O R D E R**

**GOOD CAUSE APPEARING**, defendant's request for waiver of personal appearance at the December 11, 2018 Trial Setting Hearing in Case No. 6:17-po-00579-JDP, is hereby GRANTED.

IT IS SO ORDERED.

Dated:   December 6, 2018                                    _____
UNITED STATES MAGISTRATE JUDGE

Gonzalez: Rule 43 Waiver

2